The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FINITO SERVICES LLC dba SUNSPOT INNS, RESORTS & VACATION RENTALS,<br><br>Plaintiff,<br><br>v.<br><br>COMFY SUNRISE VILLA LLC; and GENWANG KEVIN WEN, individually,<br><br>Defendants. | Civil Action No. 11-cv-774JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of settlement between the parties, Plaintiff Finito Services LLC dba Sunspot Inns, Resorts & Vacation Rentals and Defendants Comfy Sunrise Villa LLC and Genwang Kevin Wen hereby stipulate to the dismissal of each parties' respective claims with prejudice and with each party to bear all their own fees and cost.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by the parties are hereby dismissed with prejudice.

DATED this _____ day of _____, 2011.

_____
The Honorable James L. Robart

LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED this 30th day of November, 2011.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24453 | s/ Regina Culbert, WSBA No. 30213 |
| Lowe@LoweGrahamJones.com | rculbert@merchantgould.com |
| LOWE GRAHAM JONES<sup>PLLC</sup> | Paul H. Beattie, WSBA No. 30277 |
| 701 Fifth Avenue, Suite 4800 | Email: pbeattie@merchantgould.com |
| Seattle, WA 98104 | MERCHANT & GOULD P.C. |
| T: 206.381.3300 | 701 Fifth Avenue, Suite 4100 |
| F: 206.381.3301 | Seattle, WA 98104 |
| | T: 206.342.6200 |
| Attorneys for Plaintiff | F: 206.342.6201 |
| | Attorneys for Defendants |

LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301