The Honorable James L. Robart



11-CV-00774-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FINITO SERVICES LLC dba SUNSPOT INNS, RESORTS & VACATION RENTALS,<br><br>Plaintiff,<br><br>v.<br><br>COMFY SUNRISE VILLA LLC; and GENWANG KEVIN WEN, individually,<br><br>Defendants. | Civil Action No. 11-cv-774JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of settlement between the parties, Plaintiff Finito Services LLC dba Sunspot Inns, Resorts & Vacation Rentals and Defendants Comfy Sunrise Villa LLC and Genwang Kevin Wen hereby stipulate to the dismissal of each parties' respective claims with prejudice and with each party to bear all their own fees and cost.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by the parties are hereby dismissed with prejudice.

DATED this 6th day of December, 2011.

_____
The Honorable James L. Robart

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  RESPECTFULLY SUBMITTED this 30th day of November, 2011.

2

3  s/ David A. Lowe, WSBA No. 24453          s/ Regina Culbert, WSBA No. 30213
   Lowe@LoweGrahamJones.com                  rculbert@merchantgould.com
   LOWE GRAHAM JONES$^{PLLC}$                Paul H. Beattie, WSBA No. 30277
4  701 Fifth Avenue, Suite 4800              Email: pbeattie@merchantgould.com
   Seattle, WA 98104                         MERCHANT & GOULD P.C.
5  T: 206.381.3300                           701 Fifth Avenue, Suite 4100
6  F: 206.381.3301                           Seattle, WA 98104
                                             T: 206.342.6200
7  Attorneys for Plaintiff                   F: 206.342.6201

8                                            Attorneys for Defendants

LOWE GRAHAM JONES$^{PLLC}$

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301